From:  
Thomas H. Billingslea, Jr.  
401 West A Street, Suite 1680  
San Diego, CA  92101  
Billingslea@THB.coxatwork.com

Date: 02/16/2016

To:  
TANIA SUMMERFORD  
CAREY SUMMERFORD  
14344 YORK AVE  
POWAY, CA  92064

Case No. 13-04839-LT

XXX-XX-0978        XXX-XX-7568

This is your Periodic Report of your case, our records indicate the following:

Bar Date:                                    Sep 26, 2013  
You have paid the Trustee a total of:        $59,973.96

Over the past twelve calendar months, we have received the following payments:

[02/18/2015  1553  $998.73]    [03/03/2015  1622  $998.73]    [03/17/2015  1690  $998.73]  
[04/01/2015  1754  $998.73]    [04/14/2015  1818  $998.73]    [04/28/2015  1882  $998.73]  
[05/12/2015  1946  $998.73]    [05/27/2015  4777  $998.73]    [06/16/2015  4875  $998.73]  
[07/07/2015  2170  $998.73]    [07/15/2015  4994  $998.73]    [07/21/2015  2227  $998.73]  
[08/04/2015  2285  $998.73]    [08/18/2015  2347  $998.73]    [09/01/2015  2409  $998.73]  
[09/15/2015  2463  $998.73]    [09/30/2015  2522  $998.73]    [10/14/2015  2581  $998.73]  
[10/26/2015  2638  $998.73]    [11/10/2015  2696  $998.73]    [12/08/2015  2806  $998.73]  
[12/22/2015  2858  $998.73]    [01/12/2016  2913  $998.73]    [01/20/2016  2961  $998.73]  
[02/01/2016  3011  $998.73]

Your balances are:

| Name | Claim Amount | Principal Paid | Interest Paid | Balance Owed |
|---|---|---|---|---|
| AMERICAN EXPRESS | $21,917.33 | $0.00 | $0.00 | $0.00 |
| AMERICAN INFOSOURCE | $1,856.41 | $0.00 | $0.00 | $0.00 |
| AMERICAS SERVICING COMPANY | $12,164.96 | $0.00 | $0.00 | $12,164.96 |
| AT&T Services, Inc. | $169.00 | $0.00 | $0.00 | $0.00 |
| CACH LLC | $13,971.52 | $0.00 | $0.00 | $0.00 |
| Christina Melhouse | $7,491.64 | $0.00 | $0.00 | $0.00 |
| Christina Melhouse | $9,686.76 | $0.00 | $0.00 | $0.00 |
| Christina Melhouse | $5,536.34 | $0.00 | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $0.00 Not Filed | $0.00 | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $0.00 Not Filed | $0.00 | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $972.83 | $518.38 | $0.00 | $454.45 |
| FRANCHISE TAX BOARD | $1,020.97 | $0.00 | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $1,776.46 | $1,023.39 | $0.00 | $753.07 |
| FRANCHISE TAX BOARD | $1,844.29 | $0.00 | $0.00 | $0.00 |
| HSBC | $81,840.87 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | $4,950.04 | $2,619.64 | $811.48 | $2,330.40 |

Debtor Name: TANIA SUMMERFORD & CAREY SUMMERFORD                                          Page 2
Case Number: 13-04839-LT

| Name | Claim Amount | Principal Paid | Interest Paid | Balance Owed |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | $33,097.14 | $19,339.59 | $0.00 | $13,757.55 |
| INTERNAL REVENUE SERVICE | $14,805.98 | $0.00 | $0.00 | $0.00 |
| JULIAN MCMILLAN  241937 | $5,486.00 | $5,486.00 | $0.00 | $0.00 |
| LBS FINANCIAL CREDIT UNION | $30,248.97 | $12,576.69 | $2,416.33 | $17,672.28 |
| NAVY FEDERAL CREDIT UNION | $20,561.43 | $8,257.05 | $1,654.04 | $12,304.38 |
| NCO FINANCIAL SYSTEMS INC | $3,592.72 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | $665.00 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | $1,792.53 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | $937.48 | $0.00 | $0.00 | $0.00 |
| RJM ACQUISITIONS LLC | $316.34 | $0.00 | $0.00 | $0.00 |
| SCHEDULED UNSECURED DEBTS | $0.00 Not Filed | $0.00 | $0.00 | $0.00 |
| STATE BOARD OF EQUALIZATION | $1,982.13 | $1,158.21 | $0.00 | $823.92 |
| STATE BOARD OF EQUALIZATION | $2,382.28 | $0.00 | $0.00 | $0.00 |
| TANIA SUMMERFORD | $0.00 Not Filed | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank | $2,434.05 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank | $14,463.78 | $0.00 | $0.00 | $0.00 |

Tentative Payout as reflected on 13network.com.

Case: 13-04839-LT

| Creditor Type | Cost | No Cost | SubTotal | Trustee | Total |
|---|---|---|---|---|---|
| Secured | $25,674.57 | | $25,674.57 | $1,843.73 | $27,518.30 |
| Secured Arrears | $18,797.45 | | $18,797.45 | $1,349.87 | $20,147.32 |
| Unsecured Priority | $15,788.99 | | $15,788.99 | $1,133.83 | $16,922.82 |
| Attorney | | | | | |
| Attorney (Type 5) | | | | | |
| Continuing Debt Arrears | | | | | |
| Totals | $60,261.01 | | $60,261.01 | $4,327.43 | $64,588.44 |
| Balance on Hand | $1,023.06 | | | | |
| Tentative Payoff Amount | | | | | $63,565.38 |
| Continuing Payments | | | | | |
| Regular Payments | $911.98 | | $911.98 | $65.49 | $977.47 |
| Interest | $98.53 | | $98.53 | $7.08 | $105.60 |
| *Tentative Payoff Amount plus Interest | | | | | $63,670.98 |

*Tentative pay-off amount is subject to adjustment based upon the closing audit. When the tentative amount is received by the Chapter 13 Trustee, a closing audit is commenced. The closing audit examines whether the debtor has met the Applicable Commitment Period (36 times plan payments for below median debtors; 60 times plan payments for above median debtors). If the applicable commitment period has not been met, the Trustee may request a higher dividend (i.e. percent) to unsecured creditors.

Debtor Name: TANIA SUMMERFORD & CAREY SUMMERFORD                    Page 3
Case Number: 13-04839-LT

There are various reasons which could affect a pay-off calculation for a case. Illustration include (i) a late claim, (ii) a claim that was not identified until our pre-close audit, (iii) where your plan provides unsecured creditors to receive the greater of a designated percentage or a pro-rata share and a final reset has not occurred, (v) where the debtor's plan is scheduled to complete in less that your Applicable Commitment Period and provided for less than 100% dividend to unsecured creditors, the Trustee reserves the right to modify said plan.

Sincerely,


/s/ Thomas H. Billingslea, Jr.
Chapter 13 Trustee
Billingslea@THB.coxatwork.com

Debtor Name: TANIA SUMMERFORD & CAREY SUMMERFORD      Page 4
Case Number: 13-04839-LT

JULIAN MCMILLAN   241937
MCMILLAN LAW GROUP
2751 ROOSEVELT RD SUITE 204
SAN DIEGO, CA  92106

|   |   |   |
|---|---|---|
| 1 | Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee | |
| 2 | Todd Headden [SBN 269282] Research Attorney | |
|   | 401 West A Street, Suite 1680 | |
|   | San Diego, CA 92101 | |
| 3 | (619) 233-7525 (Phone) | |
|   | (619) 233-7267 (Fax) | |
| 4 | billingslea@thb.coxatwork.com (email) | |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No.: <u>13-04839-LT-13</u> |
|---|---|---|
|  | ) |  |
| SUMMERFORD, | ) |  |
| Last Name of Debtor. | ) | **CERTIFICATE OF SERVICE** |
|  | ) | **PERIODIC REPORT TO DEBTOR** |
|  | ) |  |
|  | ) |  |
|  | ) |  |

   I, Maritza Santin, am employed at the office of Thomas H. Billingslea, Jr., Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 401 West A Street, Suite 1680, San Diego, CA 92101.

   I served the document described as: **PERIODIC REPORT TO DEBTOR** enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail to the address indicated on page 1 of the Periodic Report To Debtor in the upper left hand corner.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/22/16
       San Diego, CA

_____
Maritza Santin, for
Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

- 1 -

Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
Todd Headden [SBN 269282] Research Attorney
401 West A Street, Suite 1680
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

SUMMERFORD,
Last Name of Debtor.

Case No.: 13-04839-LT-13

**CERTIFICATE OF SERVICE**
**PERIODIC REPORT TO DEBTOR**

I, Frank Pizzo, am employed at the office of Thomas H. Billingslea, Jr., Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 401 West A Street, Suite 1680, San Diego, CA 92101.

I served the document described as: **PERIODIC REPORT TO DEBTOR** enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail to Debtor's Counsel based upon the address which is extracted from the last page of the Periodic Report To Debtor in the upper left hand corner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/22/16
San Diego, CA

_____
Frank Pizzo, for
Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

- 1 -