CSD 21225 [08/16/11]
Thomas H. Billingslea, Jr., Chapter 13 Trustee - #144483
401 West A Street, Suite 1680
San Diego, CA  92101
(619)233-7525

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, CA  92101-6991

| | |
|---|---|
| In Re<br>TANIA SUMMERFORD<br>CAREY SUMMERFORD<br>14344 YORK AVE<br>POWAY, CA  92064 | BANKRUPTCY NO.<br><br>13-04839-LT |

Tax I.D./ S.S. #: XXX-XX-0978          Tax I.D./ S.S. #: XXX-XX-7568

Debtors.

**NOTICE OF CHAPTER 13 TRUSTEE'S INTERIM FINAL REPORT**
**AND TIME TO FILE OBJECTIONS AND RELEASE FROM LIABILITY OF TRUSTEE**

TO THE DEBTORS,  ALL CREDITORS AND OTHER PARTIES IN INTEREST:

Upon review of the records and files of this case, the undersigned Chapter 13 Trustee believes that the Debtors have made all payments under the Plan and that all creditors' claims have been paid as allowed.  The Chapter 13 Trustee shall be released from liability as to the debtors, creditors and parties in interest other than the United States Trustee unless a creditor or party in interest files a timely objection as provided below.

If you object to the Court granting this order:

1.    **YOU ARE REQUIRED** to obtain a hearing date and time from the Courtroom Deputy of the assigned department:
    MM    -  call (619) 557-7407   -  DEPARTMENT ONE (Room 218)
    LA    -  call (619) 557-6594   -  DEPARTMENT TWO (Room 118)
    LT    -  call (619) 557-6018   -  DEPARTMENT THREE (Room 129)
    CL    -  call (619) 557-6019   -  DEPARTMENT FIVE (Room 318)

2.    **WITHIN TWENTY-EIGHT (28) * DAYS FROM THE DATE OF SERVICE OF THIS NOTICE OF INTERIM FINAL REPORT**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO INTERIM FINAL REPORT and serve REQUEST AND NOTICE OF HEARING [Local Form CSD 1184**] upon the undersigned moving party, together with any opposing papers. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011.

3.    **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, CA  92101-6991, no later than the next business day following the date of service.
    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND  "REQUEST AND NOTICE OF HEARING" within the 28-day* period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and an order releasing the trustee from any liability as to the debtor, creditors, and parties in interest other than the United States Trustee in this case shall be entered.

Dated: March 23, 2018

/s/
Thomas H. Billingslea, Jr., Chapter 13 Trustee

* If you were served by mail, you have three (3) additional days to take the above-stated actions.
** You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

Thomas H. Billingslea, Jr., Chapter 13 Trustee - #144483
401 West A Street, Suite 1680
San Diego, CA 92101
(619)233-7525

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

In Re.  **TANIA SUMMERFORD**             **Case No.: 13-04839-LT**
         **CAREY SUMMERFORD**
         **14344 YORK AVE**            **SSN(1): XXX-XX-0978**
         **POWAY, CA 92064**       **SSN(2): XXX-XX-7568**

         **Debtors**

---

## INTERIM FINAL REPORT AND ACCOUNT

| Case Filed On: | Plan Confirmed On: | Case Concluded On: |
|---|---|---|
| **Tue May 7, 2013** | **Tue March 11, 2014** | **Wed February 21, 2018** |

THIS CASE WAS COMPLETED-PENDING FRA.

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements.

**RECEIPTS:**       Amount Paid to the Trustee by or for the Debtors for the benefit of Creditors:       $112,906.65

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | UNPAID BALANCE |
|---|---|---|---|---|---|
| 0004 AMERICAS SERVICING COMPANY | ARREARS, R.E. | 12,164.96 | 12,164.96 | 0.00 | 0.00 |
| 0005 LBS FINANCIAL CREDIT UNION | SEC'D INSTALLMENTS | 16,608.25 | 16,608.25 | 2,777.09 | 0.00 |
| 0006 NAVY FEDERAL CREDIT UNION | SEC'D INSTALLMENTS | 20,561.43 | 20,561.43 | 2,219.70 | 0.00 |
| 0008 STATE BOARD OF EQUALIZATION | PRIORITY | 1,982.13 | 1,982.13 | 0.00 | 0.00 |
| 0015 FRANCHISE TAX BOARD | PRIORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 0017 FRANCHISE TAX BOARD | PRIORITY | 972.83 | 972.83 | 0.00 | 0.00 |
| 0019 FRANCHISE TAX BOARD | PRIORITY | 1,776.46 | 1,776.46 | 0.00 | 0.00 |
| 0022 INTERNAL REVENUE SERVICE | PRIORITY | 33,097.14 | 33,097.14 | 0.00 | 0.00 |
| 0021 INTERNAL REVENUE SERVICE | SECURED | 4,950.04 | 4,950.04 | 995.10 | 0.00 |

Case No.:13-04839-LT

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL INTEREST | | UNPAID BALANCE |
|---|---|---|---|---|---|
| 0001 AT&T Services, Inc. | UNSECURED | 169.00 | 0.00 | 0.00 | 0.00 |
| 0002 NCO FINANCIAL SYSTEMS INC | UNSECURED | 3,592.72 | 0.00 | 0.00 | 0.00 |
| 0003 RJM ACQUISITIONS LLC | UNSECURED | 316.34 | 0.00 | 0.00 | 0.00 |
| 0007 SELECT PORTFOLIO SERVICING | UNSECURED | 81,840.87 | 0.00 | 0.00 | 0.00 |
| 0009 STATE BOARD OF EQUALIZATION | UNSECURED | 2,382.28 | 0.00 | 0.00 | 0.00 |
| 0011 Wells Fargo Bank | UNSECURED | 2,434.05 | 0.00 | 0.00 | 0.00 |
| 0012 Wells Fargo Bank | UNSECURED | 14,463.78 | 0.00 | 0.00 | 0.00 |
| 0013 Christina Melhouse | UNSECURED | 7,491.64 | 0.00 | 0.00 | 0.00 |
| 0014 Christina Melhouse | UNSECURED | 9,686.76 | 0.00 | 0.00 | 0.00 |
| 0016 FRANCHISE TAX BOARD | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 0018 FRANCHISE TAX BOARD | UNSECURED | 1,020.97 | 0.00 | 0.00 | 0.00 |
| 0020 FRANCHISE TAX BOARD | UNSECURED | 1,844.29 | 0.00 | 0.00 | 0.00 |
| 0023 INTERNAL REVENUE SERVICE | UNSECURED | 14,805.98 | 0.00 | 0.00 | 0.00 |
| 0024 Christina Melhouse | UNSECURED | 5,536.34 | 0.00 | 0.00 | 0.00 |
| 0025 PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 665.00 | 0.00 | 0.00 | 0.00 |
| 0026 PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 13,971.52 | 0.00 | 0.00 | 0.00 |
| 0027 PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 1,792.53 | 0.00 | 0.00 | 0.00 |
| 0028 AMERICAN EXPRESS | UNSECURED | 21,917.33 | 0.00 | 0.00 | 0.00 |
| 0029 PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 937.48 | 0.00 | 0.00 | 0.00 |

Case No.:13-04839-LT

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | UNPAID BALANCE |
|---|---|---|---|---|---|
| 0030 AMERICAN INFOSOURCE | UNSECURED | 1,856.41 | 0.00 | 0.00 | 0.00 |
| 0031 LBS FINANCIAL CREDIT UNION | UNSECURED | 8,265.28 | 0.00 | 0.00 | 0.00 |

Refunded to Debtor:

**TANIA SUMMERFORD and CAREY SUMMERFORD**    **Closed Case Refund:**        2,542.97

Case No.:13-04839-LT

## SUMMARY OF CLAIMS ALLOWED AND PAID

| TYPE OF CLAIM | SECURED | PRIORITY | UNSECURED * | R & R | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 54,284.68 | 37,828.56 | 194,990.57 | 0.00 | 2,542.97 | 289,646.78 |
| PRINCIPAL PAID | 54,284.68 | 37,828.56 | 0.00 | 0.00 | 2,542.97 | 94,656.21 |
| INTEREST PAID | 5,991.89 | 0.00 | 0.00 | 0.00 | 0.00 | 5,991.89 |

*The amount allowed reflects the percentage due pursuant to the Plan.Percentage to unsecured creditors is 0.00%

**TOTAL PAID - PRINCIPAL AND INTEREST**          100,648.10

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID | PAID OUTSIDE |
|---|---|---|---|
| **JULIAN MCMILLAN  241937**<br>**MCMILLAN LAW GROUP**<br>**2751 ROOSEVELT RD SUITE 204**<br>**SAN DIEGO, CA  92106** | 5,486.00 | 5,486.00 | 400.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| TRUSTEE<br>NOTICE FEES | TRUSTEE'S EXPENSE &<br>COMPENSATION FUND | COURT<br>NOTICE FEES | TOTAL COST<br>& EXPENSE |
|---|---|---|---|
| .00 | 6,772.55 | .00 | 6,772.55 |

**REMAINING FUNDS IN CASE:**          0.00

You are hereby given notice that the Trustee certifies that the estate has been fully administered. If you oppose:
YOU ARE REQUIRED to obtain a hearing date and time from the Courtroom Deputy of the assigned department:

    MM  - call (619) 557-7407  - DEPARTMENT ONE (Room 218)
    LA  - call (619) 557-6594  - DEPARTMENT TWO (Room 118)
    LT  - call (619) 557-6018  - DEPARTMENT THREE (Room 129)
    CL  - call (619) 557-6019  - DEPARTMENT FIVE (Room 318)

WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE OF THIS NOTICE OF INTERIM FINAL REPORT, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO INTERIM FINAL REPORT and serve REQUEST AND NOTICE OF HEARING [Local Form CSD 1184] upon the undersigned moving party, together with any opposing papers. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011.

The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matter for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

FOR:  Thomas H. Billingslea, Jr.
      CHAPTER 13 TRUSTEE

By:    /s/
      Trustee's Representative