**Fill in this information to identify the case:**

Debtor 1: TANIA SUMMERFORD

Debtor 2 (Spouse, if filing): CAREY SUMMERFORD

United States Bankruptcy Court for the: Southern District of CA (State)

Case number: 13-04839-LT

# Form 4100N
## Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### Part 1: Mortgage Information

Name of creditor: AMERICAS SERVICING COMPANY

Court claim no. (if known): 13

Last 4 digits of any number you use to identify the debtor's account: 2017

Property address: 14344 YORK AVE
Number   Street

POWAY, CA 92064
City   State   ZIP Code

### Part 2: Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $ 12,164.96 |
| b. Prepetition arrearage paid by the trustee: | (b) | $ 12,164.96 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ 0.00 |
| e. Allowed postpetition arrearage: | (e) | $ 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) | $ 0.00 |
| g. Total. Add lines b, d, and f. | (g) | $ 12,164.96 |

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Mortgage is paid through the trustee.
Current monthly mortgage payment: $ _____
The next postpetition payment is due on: __/__/____ MM/DD/YYYY

☑ Mortgage is paid directly by the debtor(s).

Debtor 1    <u>TANIA SUMMERFORD</u>      Case number (if known) <u>13-04839-LT</u>
           First Name   Middle Name   Last Name

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X _____[signature]_____      Date 3 / 25 / 18

Trustee    <u>Thomas H. Billingslea, Jr.</u>
         First Name   Middle Name   Last Name

Address    <u>401 West "A" Street, #1680</u>
         Number   Street

            <u>San Diego, CA 92101</u>
            City   State   ZIP Code

Contact phone (619) 233 - 7525      Email: billingslea@thb.coxatwork.com



Recently Accessed Cases: 13-04839-LT TANIA SUMMERFORD

**13-04839-LT**

**TANIA SUMMERFORD** (XXX-XX-0978)
**CAREY SUMMERFORD** (XXX-XX-7568)
**Attorney: JULIAN MCMILLAN 241937**

$1,997.46 MO

| | |
|---|---|
| Bar Date: | 9/26/2013 (has passed) 11/4/2013 (has passed) |
| Confirmed: | 3/11/2014 Bar Check is YES |
| Case Status: | COMPLETED-PENDING FRA (2/21/2018) |

Tickle Me

TANIA SUMMERFORD paying **$1,997.46** MONTHLY

Adequate Protection:

Receipts | Receipts/Debtor Refunds | Disbursements | Adjustments | Trustee Disbursements | Trustee Adjustments | Show All

| Start | End | Post Code | Claim ID | Payee Name |
|---|---|---|---|---|
| First | Last | All Post Codes | 4 - AMERICAS SERVICING COMPANY - 2656 | All Names |

**Check Status:** Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee / Batch | Payee / Reserve Name | Check / Source | Description | Disbursements |
|---|---|---|---|---|---|
| 4/20/2017 | 4 | AMERICAS SERVICING COMPANY | 412988 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $832.01 |
| 3/9/2017 | 4 | AMERICAS SERVICING COMPANY | 412041 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $555.90 |
| 2/14/2017 | 4 | AMERICAS SERVICING COMPANY | 411112 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $2,393.55 |
| 1/12/2017 | 4 | AMERICAS SERVICING COMPANY | 410121 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $1,474.72 |
| 12/15/2016 | 4 | AMERICAS SERVICING COMPANY | 409131 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $1,474.72 |
| 11/17/2016 | 4 | AMERICAS SERVICING COMPANY | 408146 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $1,474.73 |
| 10/20/2016 | 4 | AMERICAS SERVICING COMPANY | 407025 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $1,844.51 |
| 9/14/2016 | 4 | AMERICAS SERVICING COMPANY | 405936 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $66.78 |
| 8/17/2016 | 4 | AMERICAS SERVICING COMPANY | 404777 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | $2,048.04 |
| | | | | **Totals:** | **$12,164.96** |

## PROOF OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Final Cure Payment and Completion of Payments Under the Plan was mailed, postage prepaid, to the following:

>   AMERICAS SERVICING COMPANY
>   1 HOME CAMPUS
>   MAC X2501-D1J
>   DES MOINES IA 50328-0000
>
>   JULIAN MCMILLAN   241937
>   MCMILLAN LAW GROUP
>   2751 ROOSEVELT RD SUITE 204
>   SAN DIEGO CA 92106-0000
>
>   TANIA & CAREY SUMMERFORD
>   14344 YORK AVE
>   POWAY CA 92064-0000

Dated this 4th day of April, 2018.

13048390004